

CHAMBERS OF
M. Miller Baker
Judge

September 13, 2022

*(Via CM/ECF)*

Whitney M. Rolig, Esq.
Andrew W. Kentz, Esq.
Nathaniel Maandig Rickard, Esq.
Picard Kentz & Rowe LLP
1750 K Street, N.W.
Suite 800
Washington, DC  20006

Brian M. Boynton, Esq.
Patricia M. McCarthy, Esq.
Ashley Akers, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC  20044

Gregory S. Menegaz, Esq.
J. Kevin Horgan, Esq.
Alexandra H. Salzman, Esq.
deKieffer & Horgan, PLLC
1090 Vermont Avenue, N.W.
Suite 410
Washington, DC  20005

Vania Wang, Esq.
Office of the Chief Counsel for Trade
Enforcement and Compliance
U.S. Department of Commerce
1401 Constitution Avenue, NW
Room A205
Washington, DC  20230

Re:  *New American Keg v. U.S.*
Court No. 20-00008

Dear Counsel:

As you know, today I issued a confidential slip opinion in this case. I intend to issue a public version of the opinion on Wednesday, September 21, 2022. In the confidential opinion, material from the administrative record that was designated as confidential is set off in double brackets.

Please review the confidential opinion and inform these chambers no later than Tuesday, September 20, 2022, whether any party disagrees with or wishes to waive the redactions.

Please respond by CM/ECF and file under seal if necessary.

Thank you in advance for your assistance with this matter.

Sincerely,

/s/ *M. Miller Baker*
M. Miller Baker, Judge